# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| J.C. LISTER,<br><br>        Petitioner,<br><br>vs.<br><br>JAMES GREG COX, *et al.*,<br><br>        Respondents. | Case No. 3:12-cv-00456-RCJ-VPC<br><br>**ORDER** |

This is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondents filed their answer to the remaining ground on October 16, 2014 (ECF #24). Petitioner has filed a letter, which the court will construe as a motion for extension of time to reply to the answer (ECF #25). Good cause appearing, petitioner's motion is granted. Petitioner is expressly advised that the court is highly unlikely to grant any further extension, absent extraordinary circumstances.

   **IT THEREFORE IS ORDERED** that petitioner's motion for extension of time to file a reply to respondents' answer (ECF #25) is **GRANTED**. Petitioner shall have up to and including December 16, 2014, to file his reply.

   Dated: This 19th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE